IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | | |
|---|---|---|
| SOUTHEASTERN BOLL WEEVIL ERADICATION FOUNDATION, | * * * | |
| Plaintiff, | * * | |
| VS. | * * | Civil Action No. 2:06-CV-00756 |
| BOLL WEEVIL ERADICATION FOUNDATION OF GEORGIA, INC.; TOMMY IRVIN in his capacity as TRUSTEE OF BOLL WEEVIL ERADICATION FOUNDATION OF GEORGIA, INC., | * * * * * * * | |
| Defendants. | * | |

PETITION FOR ADMISSION TO PLEAD AND PRACTICE *PRO HAC VICE*

The Petition of Duke R. Groover respectfully shows that petitioner is now a member in good standing of the State of Georgia, as evidenced by State Bar Number 313225 and is a member in good standing of the United States District Court for the Middle District of Georgia, as evidenced by the attached Certificate of Good Standing. Wherefore, Petitioner prays that he be admitted to plead and practice *pro hac vice* in the above styled case to represent Defendant Boll Weevil Eradication Foundation of Georgia, Inc.

Respectfully submitted this \_\_13th\_\_ day of September, 2006.

_____
DUKE R. GROOVER
Georgia Bar No. 313225

GROOVER & CHILDS
Post Office Box 898
Macon, Georgia 31202
Telephone: (478)745-4712
Facsimile: (478)745-7373

## CERTIFICATE OF SERVICE

I hereby certify that I have this day served a true and correct copy of the foregoing upon counsel for all other parties by depositing same in the United States Mail with sufficient postage affixed thereto and addressed as follows:

>Mr. Dennis Mitchell Henry
>Webster, Henry, Lyons & White, P.C.
>Post Office Box 239
>Montgomery, Alabama 36101
>
>Mr. David Burnette Gunter
>Georgia Department of Agriculture
>19 Martin Luther King, Jr. Room 232
>Atlanta, Georgia 30334

This 13th day of September, 2006.

_____
DUKE R. GROOVER

# CERTIFICATE OF GOOD STANDING

UNITED STATES OF AMERICA      }
                              } ss.
MIDDLE DISTRICT OF GEORGIA    }

I, *Gregory J. Leonard, Clerk of the United States District Court for the Middle District of Georgia*, DO HEREBY CERTIFY that **Duke R. Groover** was duly admitted to practice in said Court on **July 15, 1992**, and is in good standing as a member of the bar of said Court.

Dated at Macon, Georgia on September 12, 2006.

GREGORY J. LEONARD, CLERK

BY: *C. Alston*

*Cheryl M. Alston, Deputy Clerk*

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | | |
|---|---|---|
| SOUTHEASTERN BOLL WEEVIL ERADICATION FOUNDATION, | * * * | |
| Plaintiff, | * * | |
| VS. | * * | Civil Action No. 2:06-CV-00756 |
| BOLL WEEVIL ERADICATION FOUNDATION OF GEORGIA, INC.; TOMMY IRVIN in his capacity as TRUSTEE OF BOLL WEEVIL ERADICATION FOUNDATION OF GEORGIA, INC., | * * * * * * * | |
| Defendants. | * | |

## ORDER

IT IS HEREBY ORDERED that Petitioner Duke R. Groover is admitted to plead and practice *pro hac vice* as attorney for the Boll Weevil Eradication Foundation of Georgia, Inc.

_____
JUDGE, UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA