IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | | |
|---|---|---|
| SOUTHEASTERN BOLL WEEVIL ERADICATION FOUNDATION, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. CV-06-756-MHT |
| BOLL WEEVIL ERADICATION FOUNDATION OF GEORGIA, INC.; TOMMY IRVIN in his capacity as TRUSTEE OF BOLL WEEVIL ERADICATION FOUNDATION OF GEORGIA, INC. | ) ) ) ) ) ) ) | |
| Defendants. | ) ) | |

## NOTICE OF APPEARANCE

COMES NOW T. Randall Lyons, attorney with the firm Webster, Henry, Lyons & White, P.C., and notifies this Honorable Court and all counsel of record of his appearance as additional counsel for the Plaintiff Southeastern Boll Weevil Eradication Foundation, Inc.

/s/ T. Randall Lyons
T. Randall Lyons (LYO006)
Attorney for Southeastern Boll Weevil Eradication Foundation, Inc.

1

OF COUNSEL:

WEBSTER, HENRY, LYONS & WHITE, P.C.
Post Office Box 239
Montgomery, Alabama 36101-0239
Telephone: (334) 264-9472
Facsimile: (334) 264-9599

## CERTIFICATE OF SERVICE

      I hereby certify that I have served a copy of the above and foregoing pleading on counsel as follows by ECF or by placing same in the U.S. Mail, properly addressed and first-class postage prepaid on this the 6th day of October, 2006.

Tommy Irvin
Georgia Commissioner of Agriculture
19 Martin Luther King Dr., SW
Atlanta, GA 30334

Duke R. Groover
Groover & Childs
William H. Noland
P.O. Box 898
Macon, Georgia 31202

Jerry A. Buchanan
Benjamin A. Land
Buchanan & Land, LLP
P. O. Box 2848
Columbus, Georgia 31902

Simeon F. Penton
Kaufman & Rothfeder, P.C.
P. O. Drawer 4540
Montgomery, Alabama 36102

                                                          _____
                                                              OF COUNSEL