IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | | |
|---|---|---|
| SOUTHEASTERN BOLL WEEVIL ERADICATION FOUNDATION, | * * * | |
| Plaintiff, | * * | |
| VS. | * * | Civil Action No. 2:06-CV-00756 |
| BOLL WEEVIL ERADICATION FOUNDATION OF GEORGIA, INC.; TOMMY IRVIN in his capacity as TRUSTEE OF BOLL WEEVIL ERADICATION FOUNDATION OF GEORGIA, INC., | * * * * * * * | |
| Defendants. | * | |

CORPORATE DISCLOSURE STATEMENT

COMES NOW Boll Weevil Eradication Foundation of Georgia, Inc., Defendant in the above styled civil action and, pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and General Order Number 3047, makes and files its Corporate Disclosure Statement as follows:

1.  Boll Weevil Eradication Foundation of Georgia, Inc. is a non-governmental non-profit corporation created and existing under the laws of the State of Georgia.

2.  Boll Weevil Eradication Foundation of Georgia, Inc. has no parent company.

3.  Boll Weevil Eradication Foundation of Georgia, Inc. has no subsidiaries.

4.  Boll Weevil Eradication Foundation of Georgia has not issued any shares of stock to the public.

This 10th day of October, 2006.

        /s/ Duke R. Groover
        DUKE R. GROOVER
        Georgia Bar No. 313225

        /s/ William H. Noland
        WILLIAM H. NOLAND
        Georgia Bar No. 545605

GROOVER & CHILDS
Post Office Box 898
Macon, Georgia 31202
Telephone: (478)745-4712
Facsimile: (478)745-7373

        /s/ Jerry A. Buchanan
        JERRY A. BUCHANAN
        Alabama Bar No. BUC012

        /s/ Benjamin A. Land
        BENJAMIN A. LAND
        Alabama Bar No. LAN054

BUCHANAN & LAND, LLP
Post Office Box 2848
Columbus, Georgia 31902
Telephone: (706)323-2848
Facsimile: (706)323-4242

        /s/ Simeon F. Penton
        SIMEON FRANKLIN PENTON
        Alabama Bar No. PEN007

KAUFMAN & ROTHFELDER, P.C.
Post Office Drawer 4540
Montgomery, Alabama 36102
Telephone: (334)244-1111
Facsimile: (334)244-1969

        Attorneys for Boll Weevil Eradication
        Foundation of Georgia, Inc.

CERTIFICATE OF SERVICE

I, William H. Noland, hereby certify that I have on the 10th day of October, 2006, electronically filed the foregoing document with the Clerk of the Court using the CM/ECF electronic filing system and served a copy of the foregoing upon the following by placing same in the United States Mail, postage prepaid.

> Mitchell D. Henry
> Webster, Henry & Lyons
> P.O. Box 239
> Montgomery, Alabama 36101-0239

> /s/ William H. Noland
> WILLIAM H. NOLAND