IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| SOUTHEASTERN BOLL WEEVIL ERADICATION FOUNDATION,<br><br>     Plaintiff,<br><br>v.<br><br>BOLL WEEVIL ERADICATION FOUNDATION OF GEORGIA, INC.; TOMMY IRVIN in his capacity as TRUSTEE OF BOLL WEEVIL ERADICATION FOUNDATION OF GEORGIA, INC.<br><br>     Defendants. | Civil Action No. CV-06-756-MHT |

## PLAINTIFF'S CORPORATE DISCLOSURE

COMES NOW Plaintiff, SOUTHEASTERN BOLL WEEVIL ERADICATION FOUNDATION, INC., (hereinafter SEBWEF) and files its Corporate Disclosure Statement pursuant to Rule 7.1, F.R.C.P., as follows:

1. SEBWEF is a non-governmental corporation created and existing under the laws of the State of Alabama.

2. SEBWEF has no parent company, subsidiaries, or stockholders.

Respectfully submitted,

_____
D. MITCHELL HENRY (HEN046)
T. RANDALL LYONS (LYO006)
Attorneys for Plaintiff

OF COUNSEL:
WEBSTER, HENRY, LYONS & WHITE, P.C.
Post Office Box 239
Montgomery, Alabama 36101-0239
Telephone: (334) 264-9472
Facsimile: (334) 264-9599

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the above and foregoing pleading on counsel as follows by ECF or by placing same in the U.S. Mail, properly addressed and first-class postage prepaid on this the 26 day of October, 2006.

John E. Hennelly
Senior Assistant Attorney General
State of Georgia, Department of Law
40 Capitol Square, SW
Atlanta, GA 30334-1300

Duke R. Groover
Groover & Childs
William H. Noland
P.O. Box 898
Macon, Georgia 31202

Jerry A. Buchanan
Benjamin A. Land
Buchanan & Land, LLP
P. O. Box 2848
Columbus, Georgia 31902

Simeon F. Penton
Kaufman & Rothfeder, P.C.
P. O. Drawer 4540
Montgomery, Alabama 36102

OF COUNSEL