IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED
2006 NOV 15 A 11: 22
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

| | |
|---|---|
| SOUTHEASTERN BOLL WEEVIL ERADICATION FOUNDATION, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>BOLL WEEVIL ERADICATION FOUNDATION OF GEORGIA, INC., and TOMMY IRVIN in his capacity as TRUSTEE of the BOLL WEEVIL ERADICATION FOUNDATION OF GEORGIA, INC., )<br>)<br>Defendants. ) | Civil Action No.<br>2:06-cv-00756-MHT-VPM |

**MOTION TO APPEAR PRO HAC VICE
FOR DEFENDANT TOMMY IRVIN, COMMISSIONER,
GEORGIA DEPARTMENT OF AGRICULTURE**

**COMES NOW,** John E. Hennelly, Senior Assistant Attorney General for the State of Georgia and in accordance with Rule 83.1(b), moves the Court for special admission to practice in the Middle District of Alabama, to represent Tommy Irvin, Commissioner, Georgia Department of Agriculture, (designated in

the caption as "Tommy Irvin in his capacity as trustee for the Boll Weevil Eradication Foundation of Georgia, Inc.") in the above-styled case.

1. Movant has been licensed to practice law in the State of Georgia since 1992. Movant's Georgia Bar number is 347075.

2. Movant is presently an attorney with the State of Georgia, Department of Law (the Georgia Attorney General's Office).

3. Movant has not been admitted to practice in the District Courts of Alabama, does not regularly practice in the State of Alabama, and this will be movant's first special appearance in the Courts of Alabama.

4. Movant is admitted to practice before all District Courts in the State of Georgia, including the United States District Court for the Northern District of Georgia, the District in which movant resides. Movant is also admitted to practice before the Eleventh Circuit Court of Appeals. Movant is admitted to practice before all appellate Courts in the State of Georgia. Movant's Certificate of Good Standing with the U.S. District Court for the Northern District of Georgia is attached hereto.

5. Movant seeks special admission to practice in the United States District Court for the Middle District of Alabama for the limited purpose of filing

pleadings and appearing at hearings in the above-styled case now pending in this Court.

WHEREFORE, Movant prays that the Court enter an order granting him special admission to the United States District Court, Middle District of Alabama. A proposed order to that effect is enclosed with this motion for the Court's consideration.

Respectfully submitted this 14th day of November, 2006.

|  |  |
| --- | --- |
| THURBERT E. BAKER<br>Attorney General | 033887 |
| ISAAC BYRD<br>Deputy Attorney General | 101150 |
| _/s/ John E. Hennelly_<br>JOHN E. HENNELLY<br>Senior Assistant Attorney General | 347075 |

Please Address All
Communications To:

JOHN E. HENNELLY
Senior Assistant Attorney General
Georgia Department of Law
40 Capitol Square, S.W.
Atlanta, Georgia 30334-1300
Telephone: (404) 656-7540
Facsimile: (404) 651-6341
E-mail: jhennelly@law.ga.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| SOUTHEASTERN BOLL WEEVIL ERADICATION FOUNDATION, INC., | ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Civil Action No. 2:06-cv-00756-MHT-VPM |
| BOLL WEEVIL ERADICATION FOUNDATION OF GEORGIA, INC., and TOMMY IRVIN in his capacity as TRUSTEE of the BOLL WEEVIL ERADICATION FOUNDATION OF GEORGIA, INC., | ) ) ) ) ) ) ) ) | |
| Defendants. | ) ) | |

**CERTIFICATE OF SERVICE**

I do hereby certify that I have this day served the within and foregoing **MOTION TO APPEAR PRO HAC VICE FOR DEFENDANT TOMMY IRVIN, COMMISSIONER, GEORGIA DEPARTMENT OF AGRICULTURE**, prior to filing the same, by depositing a copy thereof, postage prepaid, in the United States Mail, properly addressed upon:

Duke R. Groover, Esq.
William H. Noland, Esq.
Groover & Childs
Post Office Box 898
Macon, Georgia 31202

D. Mitchell Henry, Esq.
T. Randall Lyons, Esq.
Webster, Henry, Lyons & White PC
Post Office Box 239
Montgomery, Alabama 36101-0239

Jerry A. Buchanan, Esq.
Benjamin A. Land, Esq.
Buchanan & Land, LLP
P. O. Box 2848
Columbus, Georgia 31902

Simeon F. Penton, Esq.
Kaufman & Rothfeder, P.C.
P. O. Drawer 4540
Montgomery, Alabama 36102

This 14th day of November, 2006.

_____
JOHN E. HENNELLY
Senior Assistant Attorney General



## CERTIFICATE OF GOOD STANDING

**UNITED STATES OF AMERICA**       }
                                   } ss.
**NORTHERN DISTRICT OF GEORGIA**   }


I, James N. Hatten, Clerk of the United States District Court for the Northern District of Georgia,

**DO HEREBY CERTIFY** that **JOHN E. HENNELLY**, State Bar No. 347075, was duly admitted to practice in said Court on May 20, 1993, and is in good standing as a member of the bar of said Court.

Dated at Atlanta, Georgia, this 14th day of November, 2006.

JAMES N. HATTEN
CLERK OF COURT

By: _____
Jamee Holland
Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| SOUTHEASTERN BOLL WEEVIL ERADICATION FOUNDATION, INC., | ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Civil Action No. 2:06-cv-00756-MHT-VPM |
| BOLL WEEVIL ERADICATION FOUNDATION OF GEORGIA, INC., and TOMMY IRVIN in his capacity as TRUSTEE of the BOLL WEEVIL ERADICATION FOUNDATION OF GEORGIA, INC., | ) ) ) ) ) ) ) | |
| Defendants. | ) ) | |

**ORDER**

It is ORDERED that the petition by Counsel for Defendant Tommy Irvin for admission pro hac vice is granted.

DONE, this the ____ day of November, 2006.

_____
Myron H. Thompson
UNITED STATES DISTRICT JUDGE