IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| SOUTHEASTERN BOLL WEEVIL ERADICATION FOUNDATION, INC., <br><br>Plaintiff, <br><br>v. <br><br>BOLL WEEVIL ERADICATION FOUNDATION OF GEORGIA, INC., and TOMMY IRVIN in his capacity as TRUSTEE of the BOLL WEEVIL ERADICATION FOUNDATION OF GEORGIA, INC., <br><br>Defendants. | Civil Action No.<br>2:06-cv-00756-MHT-VPM |

### DEFENDANT TOMMY IRVIN, COMMISSIONER, GEORGIA DEPARTMENT OF AGRICULTURE'S PRE-ANSWER MOTION TO DISMISS

**COMES NOW,** Defendant Tommy Irvin, Commissioner, Georgia Department of Agriculture, (designated in the caption of this matter as "Tommy Irvin in his capacity as trustee for the Boll Weevil Eradication Foundation of Georgia, Inc.") by and through counsel, the Attorney General for the State of Georgia, and specially appears (without submitting himself to the jurisdiction of

-2-

the Court or waiving proper service of process or the appropriate statute of limitations or any other defense otherwise available to him), to submit this Pre-Answer Motion to Dismiss pursuant to Fed.R.Civ.P. 12(b)(1)(2), (3), and (6), and 17(b) on the basis of (1) plaintiff's lack of standing, (2) lack of personal jurisdiction, (3) Eleventh Amendment Immunity, and (4) failure to state a claim. In support of his Motion, Commissioner Irvin relies on his supporting brief filed contemporaneously with this motion.

Respectfully submitted this 4th day of December, 2006[1].

|  |  |
|---|---|
| THURBERT E. BAKER | 033887 |
| Attorney General | |
| | |
| ISAAC BYRD | 101150 |
| Deputy Attorney General | |

.    /s/ John E. Hennelly                .
JOHN E. HENNELLY          347075
Senior Assistant Attorney General

---

[1] The timeframe for the filing of a responsive pleading by Defendant Irvin was extended an additional three weeks from the initial due date of November 14, 2006, by agreement of the parties.

Please Address All
Communications To:

JOHN E. HENNELLY
Senior Assistant Attorney General
Georgia Department of Law
40 Capitol Square, S.W.
Atlanta, Georgia  30334-1300
Telephone:  (404) 656-7540
Facsimile:  (404) 651-6341
E-mail: jhennelly@law.ga.gov

# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| SOUTHEASTERN BOLL WEEVIL ERADICATION FOUNDATION, INC., ) ) ) Plaintiff, ) ) v. ) ) BOLL WEEVIL ERADICATION ) FOUNDATION OF GEORGIA, INC., ) and TOMMY IRVIN in his capacity as ) TRUSTEE of the BOLL WEEVIL ) ERADICATION FOUNDATION OF ) GEORGIA, INC., ) ) Defendants. ) _____ ) | Civil Action No. 2:06-cv-00756-MHT-VPM |

## CERTIFICATE OF SERVICE

I do hereby certify that I have this day served the within and foregoing **DEFENDANT TOMMY IRVIN, COMMISSIONER, GEORGIA DEPARTMENT OF AGRICULTURE'S PRE-ANSWER MOTION TO DISMISS**, prior to filing the same using the CM/ECF system, by depositing a copy thereof, postage prepaid, in the United States Mail, properly addressed upon:

      Duke R. Groover, Esq.
      William H. Noland, Esq.
      Groover & Childs
      Post Office Box 898
      Macon, Georgia 31202

      D. Mitchell Henry, Esq.
      T. Randall Lyons, Esq.
      Webster, Henry, Lyons & White PC
      Post Office Box 239
      Montgomery, Alabama 36101-0239

      Jerry A. Buchanan, Esq.
      Benjamin A. Land, Esq.
      Buchanan & Land, LLP
      P. O. Box 2848
      Columbus, Georgia 31902

      Simeon F. Penton, Esq.
      Kaufman & Rothfeder, P.C.
      P. O. Drawer 4540
      Montgomery, Alabama 36102

This 4th day of December, 2006.

      .   /s/ John E. Hennelly   .
      JOHN E. HENNELLY
      Senior Assistant Attorney General