IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION


| | |
|---|---|
| SOUTHEASTERN BOLL WEEVIL ERADICATION FOUNDATION,<br><br>      Plaintiff,<br><br>      v.<br><br>BOLL WEEVIL ERADICATION FOUNDATION OF GEORGIA, INC., and TOMMY IRVIN, in his capacity as Trustee of Boll Weevil Eradication Foundation of Georgia, Inc.,<br><br>      Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

CIVIL ACTION NO.
2:06cv756-MHT

ORDER

It is ORDERED that the motion to dismiss (doc. no. 23) is set for submission, without oral argument, on December 15, 2006, with all briefs due by said date.

DONE, this the 5th day of December, 2006.


        /s/ Myron H. Thompson
    UNITED STATES DISTRICT JUDGE