IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
SOUTHEASTERN BOLL WEEVIL      )
ERADICATION FOUNDATION,       )
                              )
    Plaintiff,                )
                              )    CIVIL ACTION NO.
    v.                        )     2:06cv756-MHT
                              )
BOLL WEEVIL ERADICATION       )
FOUNDATION OF GEORGIA,        )
INC., and TOMMY IRVIN, in     )
his capacity as Trustee       )
of Boll Weevil Eradication    )
Foundation of Georgia,        )
Inc.,                         )
                              )
    Defendants.               )
```

ORDER

It is ORDERED that the motion to dismiss (doc. no. 23) is denied as moot.

DONE, this the 21st day of December, 2006.

　　　　　　　　　　　　　　/s/ Myron H. Thompson
　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE