IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

RECEIVED

2007 MAR 23  A 10: 31

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

| | |
|---|---|
| SOUTHEASTERN BOLL WEEVIL ERADICATION FOUNDATION, : | |
| Plaintiff, : | |
| v. : | Civil Action No. 2:06-CV-00756 |
| BOLL WEEVIL ERADICATION FOUNDATION OF GEORGIA, INC.; TOMMY IRVIN in his capacity as TRUSTEE OF BOLL WEEVIL ERADICATION FOUNDATION OF GEORGIA, INC., : | |
| Defendants. : | |

## PETITION FOR ADMISSION TO PLEAD AND PRACTICE *PRO HAC VICE*

The Petition of G. Grant Greenwood respectfully shows that petitioner is now a member in good standing of the State of Georgia, as evidenced by the State Bar Number 309166 and is a member in good standing of the United States District Court for the Middle District of Georgia, as evidenced by the attached Certificate of Good Standing. Wherefore, Petitioner prays that he be admitted to plead and practice *pro hac vice* in the above styled case to serve as co-counsel for Defendant Boll Weevil Eradication Foundation of Georgia, Inc.

Respectfully submitted this 22nd day of March, 2007.

_____
G. GRANT GREENWOOD
Georgia Bar No. 309166

JAMES, BATES, POPE & SPIVEY, LLP
438 Cotton Avenue
Post Office Box 4283
Macon, Georgia 31208
(478) 742-4280
(478) 742-8720 (facsimile)
ggreenwood@jbpslaw.com

## CERTIFICATE OF SERVICE

I hereby certify that I have this day served a true and correct copy of the foregoing *Petition for Admission to Plead and Practice Pro Hac Vice* upon counsel for all parties by depositing same in the United States Mail with sufficient postage affixed thereon and addressed as follows:

>Mr. Dennis Mitchell Henry
>Mr. T. Randall Lyons
>Webster, Henry, Lyons & White, P.C.
>Post Office Box 239
>Montgomery, Alabama 36101
>
>Mr. David Burnette Gunter
>Georgia Department of Agriculture
>19 Martin Luther King, Jr.
>Room 232
>Atlanta, Georgia 30334.

This 22nd day of March, 2007.

_____
G. GRANT GREENWOOD

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA



## CERTIFICATE OF GOOD STANDING

I, Gregory J. Leonard, as Clerk of this honorable Court, certify that

**GORDON GRANT GREENWOOD**
Georgia Bar # 309166

was duly admitted to practice in this Court on 11/15/2005, and is in good standing as a member of the Bar of this Court.

Gregory J. Leonard
*Clerk of Court*

By: Amy N. Stapleton
*Deputy Clerk*
*Macon Division*

Date: March 21, 2007

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | | |
|---|---|---|
| SOUTHEASTERN BOLL WEEVIL ERADICATION FOUNDATION, | : | |
| Plaintiff, | : | |
| v. | : | Civil Action No. 2:06-CV-00756 |
| BOLL WEEVIL ERADICATION FOUNDATION OF GEORGIA, INC.; TOMMY IRVIN in his capacity as TRUSTEE OF BOLL WEEVIL ERADICATION FOUNDATION OF GEORGIA, INC., | : | |
| Defendants. | : | |

## ORDER

IT IS HEREBY ORDERED that Petitioner G. Grant Greenwood is admitted to plead and practice *pro hac vice* as co-counsel for the Boll Weevil Eradication Foundation of Georgia, Inc.

_____
JUDGE, UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA