IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

RECEIVED

2007 MAR 23  A 10: 31

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

| | | |
|---|---|---|
| SOUTHEASTERN BOLL WEEVIL ERADICATION FOUNDATION, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil Action No. 2:06-CV-00756 |
| | : | |
| BOLL WEEVIL ERADICATION FOUNDATION OF GEORGIA, INC.; TOMMY IRVIN in his capacity as TRUSTEE OF BOLL WEEVIL ERADICATION FOUNDATION OF GEORGIA, INC., | : | |
| | : | |
| Defendants. | : | |

PETITION FOR ADMISSION TO PLEAD AND PRACTICE *PRO HAC VICE*

The Petition of Stephen Louis A. Dillard respectfully shows that petitioner is now

a member in good standing of the State of Georgia, as evidenced by the State Bar

Number 222172 and is a member in good standing of the United States District Court for

the Middle District of Georgia, as evidenced by the attached Certificate of Good

Standing.  Wherefore, Petitioner prays that he be admitted to plead and practice *pro hac*

*vice* in the above styled case to serve as co-counsel for Defendant Boll Weevil

Eradication Foundation of Georgia, Inc.

Respectfully submitted this 22nd day of March, 2007.

STEPHEN LOUIS A. DILLARD
Georgia Bar No. 222172

JAMES, BATES, POPE & SPIVEY, LLP
438 Cotton Avenue
Post Office Box 4283
Macon, Georgia 31208
(478) 742-4280
(478) 742-8720 (facsimile)
sdillard@jbpslaw.com

## CERTIFICATE OF SERVICE

I hereby certify that I have this day served a true and correct copy of the foregoing

*Petition for Admission to Plead and Practice Pro Hac Vice* upon counsel for all parties

by depositing same in the United States Mail with sufficient postage affixed thereon and

addressed as follows:

Mr. Dennis Mitchell Henry
Mr. T. Randall Lyons
Webster, Henry, Lyons & White, P.C.
Post Office Box 239
Montgomery, Alabama 36101

Mr. David Burnette Gunter
Georgia Department of Agriculture
19 Martin Luther King, Jr.
Room 232
Atlanta, Georgia 30334.

This 22nd day of March, 2007.

STEPHEN LOUIS A. DILLARD

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA



## *CERTIFICATE OF GOOD STANDING*

I, Gregory J. Leonard, as Clerk of this honorable Court, certify that

**STEPHEN LOUIS ARMSTRONG DILLARD**
**Georgia Bar # 222172**

was duly admitted to practice in this Court on 06/20/1996, and is in good

standing as a member of the Bar of this Court.

Gregory J. Leonard
*Clerk of Court*

By:    Amy N. Stapleton
       *Deputy Clerk*
       *Macon Division*

Date: March 21, 2007

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

SOUTHEASTERN BOLL WEEVIL      :
ERADICATION FOUNDATION,      :

     :

     Plaintiff,      :

     :

v.      :      Civil Action No. 2:06-CV-00756

     :

BOLL WEEVIL ERADICATION      :
FOUNDATION OF GEORGIA, INC.;      :
TOMMY IRVIN in his capacity as      :
TRUSTEE OF BOLL WEEVIL      :
ERADICATION FOUNDATION OF      :
GEORGIA, INC.,      :

     :

     Defendants.      :

ORDER

IT IS HEREBY ORDERED that Petitioner Stephen Louis A. Dillard is admitted

to plead and practice *pro hac vice* as co-counsel for the Boll Weevil Eradication

Foundation of Georgia, Inc.

_____
JUDGE, UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA