IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| SOUTHEASTERN BOLL WEEVIL ERADICATION FOUNDATION, | ) ) ) | |
| Plaintiff, | ) ) | CIVIL ACTION NO. |
| v. | ) ) | 2:06cv756-MHT |
| BOLL WEEVIL ERADICATION FOUNDATION OF GEORGIA, INC., and TOMMY IRVIN, in his capacity as Trustee of Boll Weevil Eradication Foundation of Georgia, Inc., | ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

ORDER

It is ORDERED that the motions for admission pro hac vice (doc. nos. 29 & 30) are granted.

DONE, this the 28th day of March, 2007.

　　　　　　　　　　　　　/s/ Myron H. Thompson
　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE