IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

SOUTHEASTERN BOLL WEEVIL         )
ERADICATION FOUNDATION,          )
                                 )
    Plaintiff,                   )
                                 )            CIVIL ACTION NO.
    v.                           )             2:06cv756-MHT
                                 )
BOLL WEEVIL ERADICATION          )
FOUNDATION OF GEORGIA,           )
INC., and TOMMY IRVIN, in        )
his capacity as Trustee          )
of Boll Weevil Eradication       )
Foundation of Georgia,           )
Inc.,                            )
                                 )
    Defendants.                  )

### ORDER

It is ORDERED that the motion to amend answer (doc. no. 32) is granted. The court assumes that the other parties have no objection to the allowance of the amendment; however, if they do, they must file the objection within seven days from the date of this order.

DONE, this the 10th day of May, 2007.

                                     /s/ Myron H. Thompson
                              **UNITED STATES DISTRICT JUDGE**