IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| SOUTHEASTERN BOLL WEEVIL ) <br> ERADICATION FOUNDATION, ) <br> ) <br>     Plaintiff, ) <br> v. ) <br> ) <br> BOLL WEEVIL ERADICATION ) <br> FOUNDATION OF GEORGIA, INC.; ) <br> TOMMY IRVIN in his capacity as ) <br> TRUSTEE OF BOLL WEEVIL ) <br> ERADICATION FOUNDATION ) <br> OF GEORGIA, INC. ) <br> ) <br>     Defendants. ) <br> _____) | Civil Action No. CV-06-756-MHT <br><br> **Plaintiff Demands Trial** <br> **By Struck Jury on All** <br> **Counts and Claims** |

**SOUTHEASTERN BOLL WEEVIL ERADICATION FOUNDATION'S
ANSWER TO THE AMENDED COUNTER-CLAIM OF
BOLL WEEVIL ERADICATION FOUNDATION OF GEORGIA, INC.**

COMES NOW the Plaintiff/Counterclaim Defendant, Southeastern Boll Weevil Eradication Foundation (hereinafter "Southeastern Foundation") and for Answer to the Amended Counterclaim of Defendant/Counterclaim Plaintiff, Boll Weevil Eradication Foundation of Georgia, Inc. (hereinafter "Georgia Foundation"), Southeastern Foundation adopts and incorporates its previously filed answer to the original Counter-Claim of Georgia Foundation as if fully setout herein.

Respectfully submitted this the 22nd day of May, 2007.

\_\_\_\_\_/s/ D. Mitchell Henry\_\_\_\_
D. MITCHELL HENRY (HEN046)
Attorney for Plaintiff

1

OF COUNSEL:

WEBSTER, HENRY, LYONS & WHITE, P.C.
Post Office Box 239
Montgomery, Alabama  36101-0239
Telephone: (334) 264-9472
Facsimile: (334) 264-9599


**PLAINTIFF DEMANDS A TRIAL BY JURY ON ALL COUNTS AND CLAIMS.**


      _____/s/ D. Mitchell Henry_____
      OF COUNSEL

## **CERTIFICATE OF SERVICE**

      I hereby certify that I have served a copy of the above and foregoing pleading on counsel as follows by ECF or by placing same in the U.S. Mail, properly addressed and first-class postage prepaid on this the 22nd day of May, 2007.

Duke Groover, Esq.
Groover & Childs
165 1st Street
Macon, Georgia  31201

Jerry A. Buchanan
Benjamin A. Land
Buchanan & Land, LLP
P. O. Box 2848
Columbus, Georgia 31902

Simeon F. Penton
Kaufman & Rothfeder, P.C.
P. O. Drawer 4540
Montgomery, Alabama  36102

                                      __/s/ D. Mitchell Henry___
                                      OF COUNSEL