IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| SOUTHEASTERN BOLL WEEVIL ERADICATION FOUNDATION, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | CIVIL ACTION NO. 2:06cv756-MHT |
| BOLL WEEVIL ERADICATION FOUNDATION OF GEORGIA, INC., and TOMMY IRVIN, in his capacity as Trustee of Boll Weevil Eradication Foundation of Georgia, Inc., | ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

ORDER

It is ORDERED that the motion to extend deadline (Doc. No. 36) is granted.

DONE, this the 25th day of June, 2007.

/s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**